

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00504-CV

JOHN JAMES HARKINS, ET AL.
v.
NORTH SHORE ENERGY, L. L. C.

On Appeal from the
267th District Court of Goliad County, Texas
Trial Cause No. 10-08-9635-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court.  The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

May 1, 2014